### Tranquillino Ruiz v. The State.

#### No. 3083.   Decided June 23, 1905.

**Murder in Second Degree—Statement of Facts—Practice on Appeal.**

Where the record on appeal is without bill of exceptions or statement of facts, and the motion for new trial related only to alleged errors in the charge of the court, the Court of Criminal Appeals can not determine under article 723, Code of Criminal Procedure, whether appellant was injured by such charges, and the judgment must be affirmed.

Appeal from the District Court of Val Verde. Tried below before Hon. B. C. Thomas.

Appeal from a conviction of murder in the second degree; penalty, twenty-five years imprisonment in the penitentiary.

The opinion states the case.

No brief for appellant has reached the reporter.

*Howard Martin,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—Appellant was convicted of murder in the second degree, and his punishment fixed at twenty-five years confinement in the penitentiary. The record is before us without bill of exceptions or statement of facts. The motion for new trial relates only to alleged errors in the charge of the court. Under article 723 the facts not being before us we cannot determine whether or not appellant was injured by such charges, conceding them to be erroneous. No error appearing in the record, the judgment is affirmed.

*Affirmed.*